IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

STANDARD PARKING CORPORATION,

        Plaintiff,

-against-

MAPCO AUTO PARKS, LTD.,
RICHARD GOLDSTEIN,
LESLIE GOLDSTEIN,
DAVID P. DAMELIO,
JOHN DOES #1-10

        Defendants.

No. 06-CV-6620L(F)

**STIPULATION OF DISMISSAL**

FILED 2007 AP 24 PM 3:51 U.S. DISTRICT COURT W.D.N.Y. ROCHESTER

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the above-captioned action be, and the same hereby is, dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and each party will bear its own costs and attorneys' fees.

Dated: April 20, 2007

By: /s/ Howard A. Stark
Howard A. Stark, Esq. of Counsel
Daniel M. DeLaus, Jr., County Attorney
*Attorneys for Defendant David P. Damelio*
307 County Office Building
39 West Main Street
Rochester, New York 14614

By: /s/ Richard T. Bell, Jr.
Richard T. Bell, Jr.
Gates & Adams, P.C.
*Attorneys for Defendants MAPCO, Richard Goldstein and Leslie Goldstein*
28 East Main Sreet, Suite 600
Rochester, New York 14614

By: /s/ John J. Field
John J. Field, Esq.
Nixon Peabody LLP
*Attorneys for Standard Parking Corporation*
Clinton Square, P.O. Box 31051
Rochester, New York 14603-1051

SO ORDERED:

/s/ David G. Larimer
Hon. David G. Larimer
U.S. District Court Judge
April 24, 2007

10526075.1